Case 1:17-cv-07458-VEC    Document 20    Filed 02/13/18    Page 1 of 1    Caproni, V.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA JESSICA DEJESUS, *on behalf of herself and all others similarly situated*,

     Plaintiff,

-against-

OATH, INC.,

     Defendant.

Case No.: 17-CV-07458

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Roland M. Juarez, Esq.
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 532-2145
rjuarez@hunton.com

Date: 2/12/18

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 2/12/18

The Clerk is respectfully directed to terminate all open motions and to close the case.

SO ORDERED

_____
U.S.D.J.

2/13/2018